Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA 94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
ON NET

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ON NET, | No. 1:19-CV-00756 (GSA) |
| Plaintiff, | |
| v. | **MOTION AND ORDER FOR SECOND EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF** |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    Plaintiff moves, through the undersigned counsel, for a second extension of thirty (30) days within which to file the Opening Brief in the above-referenced matter. Pursuant to the governing Scheduling Order, the parties previously filed a stipulation with the Court by which the date for the Opening Brief to be filed was extended by thirty days. (ECF Doc. 13) The Opening Brief is currently scheduled to be filed on or before February 20, 2020. *Id.*

    Plaintiff's counsel seeks a further thirty-day extension due to the recent death of a parent. An extension of thirty (30) days provides the necessary additional time required while minimizing

MOTION AND [PROPOSED] ORDER FOR SECOND EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF

the impact upon current briefing schedules in other pending cases before this Court. Defendant's counsel informed Plaintiff's counsel by email on February 12, 2020 that the government has no objection to the requested extension. Plaintiff's counsel sincerely apologizes to the Court should any inconvenience be caused, and requests that leave be granted for Plaintiff to file the Opening Brief on or before March 23, 2020 (as thirty days from February 20, 2020 falls on a weekend).

Respectfully submitted,

Dated: February 12, 2020  NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
ON NET

## ORDER

Good cause having been shown, IT IS ORDERED that Plaintiff shall be granted a further extension of thirty (30) days to file the Opening Brief. The Opening Brief shall now be filed on or before **March 23, 2020** and all corresponding deadlines are modified accordingly.

IT IS SO ORDERED.

Dated: **February 13, 2020**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE